# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cindy Klahr fka Cindy Walleigh<br>            Todd Klahr<br>                              Debtors | Chapter 13 |
| PNC Bank, National Association<br>                              v.<br>Cindy Klahr fka Cindy Walleigh<br>Todd Klahr<br>                              and<br>Frederick L. Reigle Esq.<br>                              Trustee | NO. 14-11675 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow PNC Bank, National Association and its successor in title to exercise its rights under state law regarding the premises 129 Hook Street Birdsboro, PA 19508.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived

**Date: November 7, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list