United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd Klahr  
Cindy Klahr  
    Debtors

Case No. 14-11675-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Nov 08, 2016  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.  
db/jdb         +Todd Klahr,    Cindy Klahr,    129 Hook Street,    Birdsboro, PA 19508-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr            PNC MORTGAGE COROMATION  
                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSEPH L QUINN    on behalf of Debtor Todd    Klahr CourtNotices@sjr-law.com  
         JOSEPH L QUINN    on behalf of Joint Debtor Cindy    Klahr CourtNotices@sjr-law.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cindy Klahr fka Cindy Walleigh<br>Todd Klahr<br>　　　　　　　　　　Debtors | Chapter 13 |
| PNC Bank, National Association<br>　　　　　v.<br>Cindy Klahr fka Cindy Walleigh<br>Todd Klahr<br>　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | NO. 14-11675 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow PNC Bank, National Association and its successor in title to exercise its rights under state law regarding the premises 129 Hook Street Birdsboro, PA 19508.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived

**Date: November 7, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list