IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Todd Klahr and Cindy Klahr | : | Chapter 13 |
| Debtors | : | No. : 14-11675-ref |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with a copy of the proposed Modified Chapter 13 Plan, and Notice of Motion filed on October 18, 2017 have been served upon the following by the means stated:

***Via Electronic Filing (ECF) on October 18, 2017:***

Joshua Isaac Goldman, Esquire on behalf of PNC Bank, National Association
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Thomas I. Puleo, Esquire on behalf of PNC Bank, National Association
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Frederick L. Reigle, Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***Via First Class Mail, Postage Pre-Paid October 18, 2017:***

All other creditors listed on mailing matrix not notified by way of ECF.

**LAW OFFICE OF STEPHEN J. ROSS, P.C.**

By:   */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com
Counsel for Debtors

Date:  October 18, 2017