IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Todd & Cindy Klahr,           :        Chapter 13
                  Debtors             :        Bankruptcy No.: 14-11675-ref
_____:

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Todd and Cindy Klahr, debtors in the above-captioned matter.

2. That a copy of the Motion to Modify Plan Post-Confirmation filed with the Court on October 18, 2017 along with the Notice of Motion and Certificate of Service were timely served on parties in interest on October 18, 2017.

3. A response deadline to the Motion was due on or before November 7, 2017.

4. As of November 15, 2017, no response to said Motion has been received.

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*_____
Joseph L. Quinn, Esquire
Attorney for Debtors
Attorney I.D. No. 307467
Law Office of Stephen Ross, P.C.
152 E. High Street, Suite 100
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: November 15, 2017