IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Todd Klahr and Cindy Klahr | : | Chapter 13 |
| Debtors | : | No. : 14-11675-ref |

## **ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated and docketed October 18, 2017 is hereby APPROVED.

BY THE COURT:

**Date: November 17, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE