United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Todd Klahr
Cindy Klahr
    Debtors

Case No. 14-11675-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4　　User: Lisa　　　　　Page 1 of 1　　　　　Date Rcvd: Nov 17, 2017
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db/jdb　　　　+Todd Klahr,   Cindy Klahr,   129 Hook Street,   Birdsboro, PA 19508-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr　　　　　　　PNC MORTGAGE CORORATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
　　　　　　FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
　　　　　　JOSEPH L QUINN    on behalf of Joint Debtor Cindy  Klahr CourtNotices@sjr-law.com
　　　　　　JOSEPH L QUINN    on behalf of Debtor Todd  Klahr CourtNotices@sjr-law.com
　　　　　　JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
　　　　　　 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　　LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
　　　　　　 ecf_frpa@trustee13.com
　　　　　　THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
　　　　　　 bkgroup@kmllawgroup.com
　　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Todd Klahr and Cindy Klahr    :    Chapter 13
                    Debtors    :    No. : 14-11675-ref

## **ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated and docketed October 18, 2017 is hereby APPROVED.

BY THE COURT:

**Date: November 17, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE