IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Todd Klahr and Cindy Klahr          :          Chapter 13
                Debtors                               :          Bankruptcy No.:  14-11675-ref
_____:

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Todd Klahr and Cindy Klahr, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on November 10, 2017 along with the Notice of Application and Certificate of Service were timely served on parties in interest on November 10, 2017.

3. A response deadline to the application was due on or before November 30, 2017.

4. As of December 6, 2017, no response to said Application has been received.

                                              **LAW OFFICE OF STEPHEN ROSS, P.C**

                                       By: */s/ Joseph L. Quinn*
                                              Joseph L. Quinn, Esquire
                                              Attorney for Debtors
                                              Attorney I.D. No. 307467
                                              Law Office of Stephen Ross, P.C.
                                              152 E. High Street, Suite 100
                                              Pottstown, PA 19464
                                              Ph: (610) 323-5300

Dated:  December 6, 2017