IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Todd Klahr and Cindy Klahr | : | Chapter 13 |
| Debtors | : | Bankruptcy No.: 14-11675-ref |

_____

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$740.00**.

**Date: December 7, 2017**

BY THE COURT:

_____
RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE