United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd Klahr  
Cindy Klahr  
    Debtors

Case No. 14-11675-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4　　　　User: Lisa　　　　　　　　Page 1 of 1　　　　　　　　Date Rcvd: Dec 07, 2017  
                       Form ID: pdf900　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
db/jdb　　　　+Todd Klahr,    Cindy Klahr,    129 Hook Street,    Birdsboro, PA 19508-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr　　　　　　　PNC MORTGAGE COROPRATION  
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSEPH L QUINN    on behalf of Joint Debtor Cindy  Klahr CourtNotices@sjr-law.com  
        JOSEPH L QUINN    on behalf of Debtor Todd  Klahr CourtNotices@sjr-law.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                               TOTAL: 7

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Todd Klahr and Cindy Klahr : Chapter 13
          Debtors : Bankruptcy No.: 14-11675-ref

_____

**ORDER**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.   The Application is **GRANTED**.

2.   Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$740.00**.

BY THE COURT:

Date: December 7, 2017

_____
RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE